Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLETA ANGHELUTA, SERGIU ANGHELUTA,<br><br>    Plaintiffs,<br><br>    v.<br><br>GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER; JONATHAN SCHARFEN, ACTING DIRECTOR, USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendants, | No.   CV 08-1599-WBS-CMK<br><br>**ORDER OF DISMISSAL** |

Pursuant to stipulation, IT IS HEREBY ORDERED that this action be, and the same hereby is, dismissed.

IT IS SO ORDERED.

DATED: August 4, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order
C 08-1599-WBS-CMK